# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRADLEY CARL DEAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STRYKER SALES CORPORATION, )<br>)<br>Defendant. ) | Case No. CIV-23-886-D |

## **ORDER**

Before the Court is the parties' Stipulation to Substitute Party Defendant and Change Case Caption (the "Stipulation") [Doc. No. 17]. In the Stipulation, the parties state that Stryker Employment Company, LLC—as opposed to Stryker Sales Corporation—is the proper defendant in this case. *Id.* at 1. The parties further "stipulate and agree that: (1) Stryker Employment Company, LLC shall be substituted in as the proper party defendant in this matter, in lieu of Stryker Sales Corporation; (2) the Complaint in this action shall be deemed amended to change the name of the party defendant to Stryker Employment Company, LLC; (3) the caption in this matter shall be amended to read '*Bradley Carl Dean, Plaintiff, v. Stryker Employment Company, LLC, Defendant*'; and [4] Stryker Sales Corporation will be dismissed from this case without prejudice." *Id.* at 1-2.

Upon consideration, the Court accepts the Stipulation, pursuant to FED. R. CIV. P. 15, and orders as follows:

1. Stryker Employment Company, LLC is substituted as the proper party defendant in this case;

2. The caption in this case is deemed amended to read "*Bradley Carl Dean, Plaintiff, v. Stryker Employment Company, LLC, Defendant*";

3. The Complaint [Doc. No. 1] is deemed amended to change the name of the party defendant to Stryker Employment Company, LLC; and

4. The Answer is deemed amended to change the name of the party defendant to Stryker Employment Company, LLC.[1]

**IT IS SO ORDERED** this 15th day of December 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] The parties shall file a joint stipulation of dismissal as to Stryker Sales Corporation, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). At that point, the Court will terminate Stryker Sales Corporation as a party.